NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

STEVEN CHU, SECRETARY OF ENERGY,
*Appellant,*

v.

THE BOEING COMPANY,
(SUCCESSOR-IN-INTEREST OF ROCKWELL
INTERNATIONAL CORPORATION),
*Appellee.*

------------------------------------------------------------

THE BOEING COMPANY,
(SUCCESSOR-IN-INTEREST OF ROCKWELL
INTERNATIONAL CORPORATION),
*Appellant,*

v.

STEVEN CHU, SECRETARY OF ENERGY,
*Appellee.*

2011-1304, -1317

Appeals from the Armed Services Board of Contract Appeals in nos. 337, 338, 339, and 978, Administrative Judge R. Anthony McCann.

## ON MOTION

---

## O R D E R

The Boeing Company moves to withdraw Richard J. Ney as counsel of record and to substitute S. Jean Kim as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. S. Jean Kim should promptly file a new entry of appearance as principal counsel.

FOR THE COURT

JAN 1 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard J. Ney, Esq.
S. Jean Kim, Esq.
Domenique Kirchner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 7 2012

JAN HORBALY
CLERK